No. 195. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION, LOCAL 37, ET AL. *v.* BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Appeal from the United States District Court for the Western District of Washington. Further consideration of the question of the jurisdiction of this Court in this case

is postponed to the hearing of the case on the merits. The appellants are requested to discuss on brief and oral argument the right of the union to sue for an injunction upon behalf of its members. *Norman Leonard* for appellants. ▮▮▮▮▮▮▮